Per Curiam.

(No. 73-CC-100

Columbia College, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed May 3, 1973.*

COLUMBIA COLLEGE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.